UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BATH & BODY WORKS BRAND MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRI-COASTAL DESIGN GROUP, INC. <br><br> Defendant. | CIVIL ACTION <br> Index No.: 2:12-cv-00957-WJM-MF <br><br> **DECLARATION OF** <br> **TEDD S. LEVINE** |
| TRI-COASTAL DESIGN GROUP, INC. <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> BATH & BODY WORKS BRAND MANAGEMENT, INC., <br><br> Counterclaim Defendant. | |

I, TEDD S. LEVINE, do hereby declare as follows:

1. I am an attorney licensed to practice before the courts of the states of New York and New Jersey and admitted to practice in the United States District Courts, District of New Jersey, Southern District of New York and Eastern District of New York. I am also admitted to practice in the United States Court of Appeals for the Third Circuit and the United States Supreme Court. I am a member of the law firm of The Law Offices of Tedd S. Levine, LLC counsel for Plaintiff Tri-Coastal Design Group, Inc. ("Tri-Coastal"). I have personal knowledge of the facts stated herein. This declaration is made in support of Defendant's Markman brief.

2. Attached hereto as Exhibit A is a true and accurate copy of United States Design

Patent D615,415 S.

3.    Attached hereto as Exhibit B is a true and accurate copy of United States Design Patent D623,532 S.

4.    Attached hereto as Exhibit C is a true and accurate copy of Robert J. McHenry's expert report and all attachments thereto submitted in this matter.

5.    Attached hereto as Exhibit D is a true and accurate copy of Robert J. McHenry's deposition transcript dated January 11, 2013.

6.    Attached hereto as Exhibit E is a true and accurate copy of Robert J. Anders' rebuttal report to Robert J. McHenry's expert report.

7.    Attached hereto as Exhibit F is a true and accurate copy of Robert J. Anders' deposition transcript dated January 11, 2013.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 31, 2013 in Garden City, New York.

_____
Tedd S. Levine