UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BATH & BODY WORKS BRAND MANAGEMENT, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>TRI-COASTAL DESIGN GROUP, INC.<br><br>          Defendant. | CIVIL ACTION<br>Index No.: 2:12-cv-00957-WJM-MF<br><br>**DECLARATION OF ROBERT J. McHENRY** |
| TRI-COASTAL DESIGN GROUP, INC.<br><br>          Counterclaim Plaintiff,<br><br>    v.<br><br>BATH & BODY WORKS BRAND MANAGEMENT, INC.,<br><br>          Counterclaim Defendant. | |

I, ROBERT J. McHENRY, hereby certifies that the following statements are true and correct and understands that these statements are made under penalty of perjury:

    1.    I am an expert witness in the above captioned case, and all of the statements set forth below and in my expert report are based upon personal knowledge and/or belief.

    2.    I examined the functionality of the bottle features described in the '415 patent and those of the bottle features described in the '532 patent. To supplement my analysis, I carried out measurements and physical experiments on bottles purchased from a Bath & Body Works retail store. These purchased bottles correspond well to the figures

contained in the patents in question. Attached hereto is a true and accurate copy of my expert report and all attachments thereto submitted in this matter including Appendix B which sets forth my background and experience that qualifies me to testify as an expert in this matter.

I declare, under penalty of perjury, that the foregoing is true and correct.

Date:  January 30, 2013
       St. Charles, IL

*Robert J. McHenry* (signature)

ROBERT J. McHENRY